In the Matter of CHARLES I. WOODARD, Respondent, against LEWIS J. VALENTINE, as Police Commissioner of the City of New York, Appellant.

Argued January 20, 1941; decided February 27, 1941.

*William C. Chanler, Corporation Counsel* (*Charles C. Weinstein* and *Bernard Friedlander* of counsel), for appellant. *Louis George Rudd* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS and DESMOND, JJ.   Taking no part: CONWAY, J.